UNITED STATE BANKRUPTCY COURT

DISTRICT OF EASTREN DISTRICT OF NEW YORK

IN RE:

MOSHE GOLD                                    1:24-BK-43647-NHL

# LETTER MOTION FILED BY THE CLERK ON November 12, 2024

To the Honorable Nancy Hershey Lord

I filed the letter motion on November 12 2024 by email to the clerk, for an unknown Reason the letter motion was not filed till today.

We respectfully request the court adjourn 14 days the hearing on the pending motion to give us our day in court.

We respectfully request the court will direct the clerk to update our information as parties in this matter.

I attached a copy of the email sent to the clerk on November 12, 2024.

**Respectfully Submitted**

*/s/Israel Farkash*

Israel Farkash

9 Ramsey Terr

Fairlawn NJ 07410



UNITED STATE BANKRUPTCY COURT

EASTREN DISTRICT OF NEW YORK

IN RE:

MOSHE GOLD                                                                          CASE:1:24-BK-43647-NHL

To the Honorable Judge Nancy Hershey Lord,

# MOTION TO SUBSTITUTE PETITIONER AND ADJOURNMENT REQUEST

Pursuant to Bankruptcy Rule 7017 and the local rules we respectfully move to substitute the Petitioner/Creditor in this bankruptcy case and adjournment 14 days all motion pending to give us the opportunity to respond or object.

## GROUNDS:

1. Assignment Agreement (Exhibit A) transfers rights and interests from Original Petitioner to Assignee.

2. Assignee requires time to review and respond to Debtor's motion to dismiss or any other motion pending.

## RELIEF SOUGHT:

1. Substitute Assignee as Petitioner/Creditor.
   The court shall direct the clerk to substitute the petitioner creditor by the assignee.

2. Adjourn motion to dismiss and any other pending motion for 14 days.

SUPPORTING FACTS:

On October 31, 2024 Original Petitioner and Assignee entered into an Assignment Agreement (Exhibit A), transferring all rights and interests, the assignee received the agreement last week Thursday November 7, 2024.

In this short time we are learned that the debtor filed motion to dismiss ( without any dispute of the judgment or show payment) we need the 14 days to properly respond and get our day in court.

Respectfully submitted

/S/ ASHER BLUMENBERG

ASHER BLUMENBERG

26 PENINGTON WAY

SPRING VALLEY NY 10977

347-3884814

/S/ ISRAEL FARKASH

ISRAEL FARKASH

9 RAMSEY TERRACE

FAIRLAWN NJ 07410

718-6691991

## CERTIFICATION

I DAVID HALPERN certify that:

A copy of this motion and adjournment request was served on all parties VIA Usps Mail Today November 12, 2024

Respectfully submitted,

David Halpern

599 State st.

Perth Amboy NJ 08861

# ASSIGNMENT AGREEMENT

1. This irrevocable Assignment Agreement (the "Agreement") is entered into and made effective as of October 31, 2024 (the "Effective Date"), by and between Yoel Abraham residing at 20 Golf Course Dr. Montebello NY 10901 (hereinafter referred to as the "Assignor"), and Asher Blumenberg, residing at 26 Pennington Way, Spring Valley NY 10977 (90% of the assignment) and Israel Farkash residing at 9 Ramsey Terr Fair Lawn NJ 07410 (10% of the assignment) (hereinafter collectively referred to as the "Assignees").

2. **WHEREAS**, the Assignor acknowledges the receipt of valuable consideration, the adequacy and sufficiency of which are hereby unequivocally acknowledged and confirmed;

3. **WHEREAS**, the Assignor, with full authority and clear title, free of any encumbrances, desires to unconditionally, absolutely, and irrevocably sell, transfer, and assign to the Assignees all of his present and future rights, titles, and interests in certain claims, demands, and all causes of action all Rico cause of action, Fraud, Fraud on the court, maliciously prosecution, extortion. These interests include, but are not limited to, rights against Moshe Gold and 10 Mountainview LLC from the judgment I have in New York in Case VIEWSTAR LLC et al v. 10 MOUNTAINVIEW LLC et al 033453/2020 also my claims in both bankruptcy cases 1:2024bk43647 Moshe Gold - 1:2024bk43681 - 10 Mountainview LLC - 7:2024bk22716 - Viewstar LLC the loan claims from Viewstar LLC , and all causes of action concerning the claims Fraud and Rico cause of action The Assignor recognizes and expressly agrees, without reservation, that the Assignees shall possess complete and exclusive authority and discretion to prosecute, collect, settle, compromise, and grant releases concerning the aforementioned claims as they deem appropriate.

4. This Agreement shall be strictly interpreted, governed by, and enforced in accordance with the laws of the State of New York. Any breach or attempted breach of this Agreement shall entitle the Assignees to seek injunctive relief, damages, and recovery of attorney's fees.

5. **IN WITNESS WHEREOF**, and by their signatures below, the parties hereto irrevocably affirm their agreement to this binding document as of the Effective Date.

**Dated**: October 31, 2024
**Location**: Rockland County NY 10901

_____
Yoel Abraham

STATE OF NEW YORK
) ss.:
COUNTY OF ROCKLAND

On the 31 day of October, 2024, before me, the undersigned, personally appeared _____ personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their capacity, and that by his/her/their signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

RIFKA POLLAK
NOTARY PUBLIC, State of New York
No. 01PO6396696
Qualified in Kings County
Commission Expires 08/26/2027