United States Bankruptcy Court
Eastern District of New York

In re: | Case No. 24-43647-nhl
Moshe Gold | Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 1
Date Rcvd: Nov 27, 2024      Form ID: 295      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Moshe Gold, 63 Flushing Ave, Brooklyn, NY 11205-1075 |
| | + | HUNTER WATERS, ESQ., Two Park Avenue, New York, NY 10016-5675 |
| | + | JEREMY S. SUSSMAN, ESQ., One Bowling Green, Suite 510, New York, NY 10004-1415 |
| | + | STEVEN B. SMITH, ESQ., Two Park Avenue, New York, NY 10016-5675 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hunter Waters | on behalf of Debtor Moshe Gold hwaters@herrick.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Steven B Smith | on behalf of Debtor Moshe Gold ssmith@herrick.com lporetsky@herrick.com;courtnotices@herrick.com;lschepp@herrick.com |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Moshe Gold** <br> Name | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Eastern District of New York | Date case filed for chapter: | 11  9/4/24 |
| Case number:  1–24–43647–nhl | | |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 11/19/24 was filed on 11/26/24.

The following deadlines apply:

The parties have until December 3, 2024 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is December 17, 2024.

If a Transcript Redaction Request is filed, the redacted transcript is due December 27, 2024.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is February 24, 2025, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber eScribers, LLC at 800–257–0885 or you may view the document at the public terminal at the Office of the Clerk.

Dated: November 27, 2024

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]