HERRICK, FEINSTEIN LLP
Steven B. Smith
Hunter Waters
Two Park Avenue
New York, NY 10016
(212) 592-1400
(212) 592-1500
ssmith@herrick.com
hwaters@herrick.com

*Attorneys for Moshe Gold*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re:

Moshe Gold,

       Alleged Debtor.
-------------------------------------------------------------------x

Case No.: 24-43647 (NHL)

Involuntary Chapter 11

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
           ) ss.:
COUNTY OF NEW YORK  )

  I, Linda Schepp, being duly sworn, depose and say:

  1.  I am employed by Herrick, Feinstein LLP, Counsel for the Debtors in the above-captioned chapter 11 case (the "Case"). I am over the age of 18 and am not a party to this action.

  2.  On January 7, 2025, I caused the following document(s) filed in the Case to be served via electronic mail on the parties listed on the Service List 1 attached to this Affidavit of Service:

  •  *Amended Motion to Dismiss Involuntary Petition* [ECF 14];

  •  Motion to Continue Hearing on Motion to Dismiss Involuntary Petition [ECF 15].

1

3.  Also, on January 7, 2025, I caused the following document(s) filed in the Case to be served via First Class mail on the parties listed on the Service List 2 attached to this Affidavit of Service:

- *Amended Motion to Dismiss Involuntary Petition* [ECF 14];
- *Motion to Continue Hearing on Motion to Dismiss Involuntary Petition* [ECF 15].

/s/ Linda Schepp
Linda Schepp

Sworn to before me this
10th day of January 2025

/s/ Kathryn A. Schepp
Kathryn A. Schepp
Notary Public

Kathryn A. Schepp
NOTARY PUBLIC, State of New York
No. 01SC5044770
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires June 05, 2027

Service List 1

| Office of the United States Trustee<br>Eastern District of NY (Brooklyn)<br>Alexander Hamilton Custom House<br>One Bowling Green<br>Room 510<br>New York, NY 10004-1408<br>(212) 206-2580<br>USTPRegion02.BR.ECF@usdoj.gov | **Yoel Abraham**<br>20 Golfe Course Dr<br>Suffern, NY 10901<br><br>ysabraham@gmail.com<br>YSABRAHAM@GMAIL.C |
|---|---|
| Israel Farkash<br>farkashbiz@gmail.com<br>israel@ifarkash.com | |

Service List 2

| Office of the United States Trustee<br>Eastern District of NY (Brooklyn)<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 510<br>New York, NY 10004-1408 | **Yoel Abraham**<br>FCI Otisville – Reg No: 05382-509<br>Federal Correctional Institution<br>PO Box 1000<br>Otisville NY 10963 |
|---|---|
| **Yoel Abraham**<br>20 Golfe Course Dr<br>Suffern, NY 10901 | **Yoel Abraham**<br>20 Golf Course Dr<br>Suffern, NY 10901 |
| **Asher Blumenberg**<br>26 Pennington Way<br>Spring Valley, NY 10977 | **Israel Farkash**<br>9 Ramsey Terrace<br>Fair Lawn, NJ 07410 |