**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Moshe Gold,<br><br>            Alleged Debtor. | Involuntary Chapter 11<br><br>Case No. 24-43647 (NHL) |

**ORDER DISMISSING CASE**

Upon the amended motion [ECF No. 14] (the "Amended Motion") of the above-captioned alleged debtor ("Gold") pursuant to 11 U.S.C. § 303 and Rule 1011(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and E.D.N.Y. Local Bankruptcy Rule 1013-1(c) for entry of an order dismissing the above-captioned involuntary chapter 11 case (the "Chapter 11 Case"); and upon the opposition filed by Asher Blumenberg and Israel Farkash [ECF No. 17]; and upon Gold's reply [ECF No. 18]; and the court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and entry of a final order by this Court being consistent with Article III of the United States Constitution; and venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Amended Motion was good and sufficient under the circumstances; and a hearing having been held on January 21, 2025, at which Steven B. Smith, Esq. (Counsel to Gold) and Hunter Waters, Esq. (Counsel to Gold) appeared; and for the reasons stated on the record at the hearing,

      **IT IS HEREBY ORDERED** THAT:

      1.      The Amended Motion is GRANTED as set forth below.

      2.      The Chapter 11 Case is hereby dismissed.

3. This Court retains jurisdiction to hear and determine all matters arising from or related to this order.

Dated: January 23, 2025
Brooklyn, New York



_____
Nancy Hershey Lord
United States Bankruptcy Judge