# Notice Recipients

District/Off: 0207−1                 User: admin                 Date Created: 1/23/2025
Case: 1−24−43647−nhl                 Form ID: 227                 Total: 10

**Recipients of Notice of Electronic Filing:**
aty         Hunter Waters         hwaters@herrick.com
aty         Steven B Smith        ssmith@herrick.com

                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Moshe Gold        63 Flushing Ave        Brooklyn, NY 11205
smg         United States of America        Secretary of the Treasury        15th Street & Pennsylvania Ave. NW        Washington, DC 20220
smg         NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg         NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg         Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101−7346
smg         Office of the United States Trustee        Eastern District of NY (Brooklyn)        Alexander Hamilton Custom House        One Bowling Green, Room 510        New York, NY 10004−1408
10406265    Moshe Gold        c/o Herrick Feinshein LLP        Two Park Avenue        New York, New York 10016
10404920    Toyota Lease Trust        c/o Toyota Motor Credit Corporation        PO Box 9013        Addison, Texas 75001

                                                                    TOTAL: 8